Decided May 21, 2008

STATE OF CONNECTICUT *v.* CHRISTOPHER CAROLINA

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 139 (AC 27205), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 21, 2008